# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                    No. 2:20-cr-9-DPM

LARRY JACKSON                                                       DEFENDANT

## ORDER

Motion, *Doc. 26*, granted.  The Information against Larry Jackson is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_16 October 2020_